# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |  |
|---|---|---|
| **AUTOMOTIVE PERFORMANCE TECHNOLOGIES LLC**, *Plaintiff-Petitioner,* | ) ) ) ) ) ) ) ) ) | |
| v. | ) ) ) ) | Tennessee Case No: W2023-00186-SC-R11-CV |
| **THE UNIVERSITY OF MEMPHIS**, *Defendant-Respondent.* | ) ) ) ) ) ) ) | |

## NOTICE OF APPEAL
## FROM THE TENNESSEE SUPREME COURT

Notice is hereby given that Automotive Performance Technologies LLC, Petitioner-Appellant, hereby appeals to the United States District Court for the Northern District of Georgia from the final judgment entered in this action on October 13, 2023, by the Tennessee Supreme Court, due to the state court's judgment being void *ab initio* as permitted under FRCP Rule 4(a)(4)(vi). As of the date of this filing the Tennessee

1

Supreme Court has not disposed of Petitioner's timely-filed motion. *Id.* at (a)(4)(a).

The Tennessee judiciary does not have subject matter jurisdiction over codified, mandatory administrative appellate procedures, including those at issue here, before the Tennessee Claims Commission. *See* Tenn. Code §9-8-403(k). Petitioner-Appellant was given no notice that administrative Claims Commission appeals were to be filed with and presided over by the Court of Appeals. In fact, the Claims Commission's website; rules and regulations; and governing statutory provisions all state that a Notice of Appeal must be mailed to the Commission's clerk for acceptance.

Petitioner-Appellant timely-mailed an appeal to the administrative clerk, who later informed the Petitioner-Appellant that such appeals are to be filed with the Court of Appeals, and not the Claims Commission as statutorily mandated. Petitioner-Appellant then files the Notice of Appeal with the Court of Appeals who later denies hearing Petitioner's appeal due to untimeliness.

Respectfully Submitted for this Court's review,

**THE TRINITY LAW GROUP, LLC**

/s/ Mark Stephen Graves
Mark Stephen Graves, GA Bar #839141
The Trinity Law Group, LLC.
4155 Manor Hills Lane SW
Atlanta, GA 30331
(404) 981-7241 (Office)
Mark@TheTrinityLawGroup.org

**Attorney for Petitioner-Appellant,**

*AUTOMOTIVE PERFORMANCE TECHNOLOGIES LLC*